# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br>**Plaintiff,** <br><br>vs. <br><br>**KRIS DALE HARDING,** <br><br>**Defendant.** | **CR 18-90-GF-BMM** <br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Kris Dale Harding appeared before the Court on February 19, 2019, and entered a plea of guilty to Count III of the Indictment. He also admitted the forfeiture allegation. Harding's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 844(c).

IT IS ORDERED:

THAT Harding's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 844(c):

- Explosives: low explosives, Quantity 1, MEA: each, one 182 shot ground display cake (Item 1);

- Explosives: low explosives, Quantity 1, MEA: each, one damaged 4" aerial shell (pyrotechnics) (Item 2);

- Other: other, 1 – Cobra Firing System (Yellow) (Item 38);

- Documents: other documents, Cobra Quick Guide and Instruction Sheet (Item 45).

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 844(c) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

///

DATED this 19th day of February 2019.

_____
Brian Morris
United States District Court Judge